The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAGEN A. MCCLUEY,<br><br>                Plaintiff,<br>     v.<br><br>SKAGIT VALLEY PUBLIC HOSPITAL DISTRICT NO. 1,<br><br>                Defendant. | No. 2:17-cv-01243<br><br>PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE<br><br><br>(Clerk's Action Required) |

I. RELIEF REQUESTED

Plaintiff Ragen A. McCluey moves the court for an order which provides the following relief:

    1. Dismisses this action voluntarily and without prejudice.

    2. Dismisses the action without an award of costs and without terms or conditions.

PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE - 2:17-cv-01243

PAGE 1 OF 5

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

## II. STATEMENT OF FACTS

This is an employment discrimination matter filed by the Plaintiff in August 2017. The Defendant has not filed an answer nor a motion for summary judgment. No counterclaims have been asserted in this matter.

## III. STATEMENT OF THE ISSUE

The following issues are presented for resolution by the court:

*(1) Whether Plaintiff's action should be dismissed voluntarily under Fed. R. Civ. P. 41(a)(1)(A) without prejudice; and*

*(2) Whether plaintiff's action should be dismissed without an award of costs, terms or conditions.*

## IV. EVIDENCE RELIED UPON

This motion is based on the pleadings in the record.

## V. LEGAL AUTHORITY

The motion is made pursuant to Fed. R. Civ. P. 41(a)(1)(A), which provides in pertinent part:

(1) *By the Plaintiff.*

(A) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment

CR 41(a)(1)(A). As the Defendant has not served an Answer nor made a Motion for Summary Judgment, the Court must dismiss the action without prejudice and without an award for costs, terms or conditions to either party.

## VI. PROPOSED ORDER

A proposed order granting the relief requested accompanies this motion.

PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE - 2:17-cv-01243

PAGE 2 OF 5

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

1     DATED this 18th day of September, 2017.

                                                                   RESPECTFULLY SUBMITTED:

                                                                   EMERY | REDDY, PLLC

                                      By:     s/ Patrick B. Reddy
                                                    PATRICK B. REDDY
                                                    WSBA No. 34092
                                                    EMERY | REDDY, PLLC
                                                    600 Stewart Street, Suite 1100
                                                    Seattle, WA 98101
                                                    Phone: (206) 442-9106
                                                    Fax: (206) 441-9711
                                                    reddyp@emeryreddy.com
                                                    Attorney for Plaintiff Ragen A. McCluey


                                                    RESPECTFULLY SUBMITTED:

                                                    EMERY | REDDY, PLLC


                                    By:     s/ Amanda V. Masters
                                                    AMANDA V. MASTERS
                                                    WSBA No. 46342
                                                    EMERY | REDDY, PLLC
                                                    600 Stewart Street, Suite 1100
                                                    Seattle, WA 98101
                                                    Phone: (206) 442-9106
                                                    Fax: (206) 441-9711
                                                    amanda@emeryreddy.com
                                                    Attorney for Plaintiff Ragen A. McCluey

PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE - 2:17-cv-01243

PAGE 3 OF 5

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

# CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2017, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. Service will be completed to the following non-CM/ECF participants on September 18, 2017, via legal messenger service.

Michael Brunet
Garvey Schubert Barer
1191 Second Avenue, 18th Floor
Seattle, WA 98101

　　　　　　　　　　　　　　　　　　　　　s/ Jennifer Chong
　　　　　　　　　　　　　　　　　　　　Jennifer Chong, Legal Assistant

PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE - 2:17-cv-01243

PAGE 4 OF 5

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711