UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAGEN A. MCCLUEY,

            Plaintiff,

        v.

SKAGIT VALLEY PUBLIC HOSPITAL
DISTRICT NO. 1,

            Defendant.

No. 2:17-cv-01243

ORDER GRANTING PLAINTIFF'S
MOTION TO VOLUNTARILY DISMISS
WITHOUT PREJUDICE

This matter came before this court on Plaintiff's Motion to Dismiss without prejudice and without an award of costs and without terms or conditions. The Court has read the arguments of counsel, reviewed the materials in the Court file, and reviewed the following materials in support of and in opposition to this motion, including:

1.  Plaintiff's Motion to Dismiss without prejudice;
2.  Court file.

ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion to Dismiss without prejudice is hereby GRANTED.

ORDER GRANTING
PLAINTIFF'S MOTION TO
VOLUNTARILY DISMISS
WITHOUT PREJUDICE - 2:17-cv-
01243

PAGE 1 OF 2

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX:
(206) 441-9711

DONE IN OPEN COURT this 2 day of October 2017.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

EMERY REDDY, PLLC


 s/ Patrick B. Reddy
Patrick B. Reddy, WSBA No. 34092
600 Stewart St., Suite 1100
Seattle, WA 98101
Telephone: (206) 405-0404
Fax: (206) 441-9711
Email: reddyp@emeryreddy.com
Attorneys for Plaintiff


EMERY REDDY, PLLC


 s/ Amanda V. Masters
Amanda V. Masters, WSBA No. 46342
600 Stewart St., Suite 1100
Seattle, WA 98101
Telephone: (206) 405-0404
Fax: (206) 441-9711
Email: amanda@emeryreddy.com
Attorneys for Plaintiff

ORDER GRANTING
PLAINTIFF'S MOTION TO
VOLUNTARILY DISMISS
WITHOUT PREJUDICE - 2:17-cv-
01243

PAGE 2 OF 2

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX:
(206) 441-9711